THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAY G. TOWNSEND, One of the Overseers of the Poor of the Town of Elbridge, Respondent, v. WILLIAM CLARK, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve the printed papers by February fifteenth and shall be ready to argue the

appeal at the opening of the March term.  Present — Hubbs, P. J., Clark, Sears and Taylor, JJ.